UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20600-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

MAX MERIDA-MAZARIEGOS,
    a/k/a "Henche,"

Defendant.
_____/

### STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, MAX MERIDA-MAZARIEGOS, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that between January 2005 to in or about December 2021, a group of individuals conspired together with the Defendant to send cocaine from Colombia to Central America, including Guatemala, and Mexico, with the knowledge and understanding that at least a portion of this cocaine would be imported into the United States. More specifically, as part of the conspiracy during those years, the Defendant operated as a load investor and coordinator for shipments of cocaine that were sent from Colombia to Guatemala and Mexico. The Defendant would attend meetings and engage in electronic communications to coordinate the shipments and their receipt in Guatemala.

The co-conspirators, including the Defendant, were all aware that this cocaine would continue moving north once it arrived in Central America, with the understanding that a portion, at least 5 kilograms, would then move further into the United States. The Defendant and his co-

conspirators participated in several loads of cocaine, which were transported from Colombia to Central America and Mexico, ultimately for importation into the United States, totaling more than 2,000 kilograms.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 7/18/24   By: _____
LYNN M. KIRKPATRICK
ASSISTANT U.S. ATTORNEY

Date: 7/18/24   By: _____
R. D'ARSEY HOULIHAN
ATTORNEY FOR DEFENDANT

Date: 7/18/24   By: _____
MAX MERIDA-MAZARIEGOS
DEFENDANT